UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80415-CIV-HURLEY
MAGISTRATE JUDGE P.A. WHITE

JACKIE J. LINDSEY,                            :

      Plaintiff,                          :

v.                                            :     <u>ORDER</u>

WALT MCNEIL, SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS, ET AL.,            :

      Defendants.                         :

---

    For the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file, it is thereupon

    ORDERED AND ADJUDGED that the defendant Cumpton's Motion for Summary Judgment [DE# 21] is denied.

    DONE AND ORDERED at West Palm Beach, Florida, this __17__ day of __February__, 2009.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

cc:  Jackie J. Lindsey, <u>Pro Se</u>
     Gregory A. Kummerlen, Esq.